JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN ACTION TEXTILES, INC, a California Corporation,<br><br>              Plaintiff,<br><br>  vs.<br><br>SUN PROTECTION ZONE, LLC, a Limited Liability Company, CPRINT, INC., a California corporation, COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1 through 10, inclusive.<br>              Defendants. | Case No.: 8:11-CV-01499-DOC (JCG)<br><br>*Assigned to District Judge David O. Carter*<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |

      The Court, pursuant to Fed. R. Civ. P. 41, orders that this action, including all claims and counterclaims, be dismissed with prejudice, with the Court

///

///

///

1   expressly retaining jurisdiction to enforce the Order on Permanent Injunction, and

2

3   the terms of the settlement agreement between the parties.

4   IT IS SO ORDERED.

5   Dated: March 28, 2013                    _David O. Carter_

6                                            HONORABLE DAVID O. CARTER

7                                            United States District Court Judge,
                                             Central District of California
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26